**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Visions Golf, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Walden Lake Golf & Country Club** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-4828140** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2001 Clubhouse Drive**<br>**Plant City, FL**<br>ZIP Code **33566** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Visions Golf, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Visions Golf, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Alberto F. Gomez, Jr.**
Signature of Attorney for Debtor(s)

**Alberto F. Gomez, Jr. 784486**
Printed Name of Attorney for Debtor(s)

**Morse & Gomez, PA**
Firm Name

**119 S. Dakota Ave.**
**Tampa, FL 33606**

_____
Address

**Email: agomez@morsegomez.com**
**813-301-1000  Fax: 813-301-1001**
Telephone Number

**May  9, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephen J. Mercer**
Signature of Authorized Individual

**Stephen J. Mercer**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May  9, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Visions Golf, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 9, 2011**

**/s/ Stephen J. Mercer**  
**Stephen J. Mercer**/**Managing Member**  
Signer/Title

| | | |
|---|---|---|
| Visions Golf, LLC<br>2001 Clubhouse Drive<br>Plant City, FL 33566 | Callaway Golf<br>PO Box 9002<br>Calsbad, CA 92018-9002 | Douglas Cowell<br>PO Box 537<br>Dover, FL 33527 |
| Alberto F. Gomez, Jr.<br>Morse & Gomez, PA<br>119 S. Dakota Ave.<br>Tampa, FL 33606 | Central Electric Motor Ser<br>PO Box 696<br>Haines City, FL 33845 | Douglas Cowell<br>2001 Clubhouse Drive<br>Plant City, FL 33566 |
| Aetna Health, Inc.<br>PO Box 0824<br>Carol Stream, IL 60132-0824 | Dale Missildine<br>6009 Stafford Rd.<br>Plant City, FL 33565 | Douglas Walden<br>2204 Clubhouse Dr.<br>Plant City, FL 33566 |
| Alan Kurtz<br>3003 Forest Club Dr.<br>Plant City, FL 33567 | Dan Coton, PA<br>121 N. Collins St.<br>PO Box TT<br>Plant City, FL 33564-9040 | E-Z-Go Golf<br>PO Box 905610<br>Charlotte, NC 28290-5610 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | De Lage Laden Financial<br>26000 Cannon Road<br>Cleveland, OH 44146 | Earl Brantley<br>9852 Brantley Rd.<br>Lithia, FL 33547 |
| Bill & Teri Eller<br>2405 Clubhouse Dr.<br>Plant City, FL 33566 | Dell Commercial Credit<br>PO Box 689020<br>Des Moines, IA 50368-9020 | FDN Communications<br>26000 Cannon Rd<br>Cleveland, OH 34146 |
| Bill Griffin<br>3032 Sutton Woods Dr.<br>Plant City, FL 33567 | Dick Schiller<br>3023 Sutton Wood Dr.<br>Plant City, FL 33566 | Fleetwing<br>PO Box 22<br>Lakeland, FL 33802 |
| Bill Russell<br>2983 Bentley Park Circle<br>Gainesville, GA 30504 | Doug Belden Tax Collector<br>PO Box 172920<br>Tampa, FL 33672-0920 | Florida Dept of Revenue<br>5050 W. Tennessee<br>Tallahassee, FL 32399 |
| Bruce Rodwell<br>3001 Barret Ave.<br>Plant City, FL 33567 | Doug Beldon, Tax Collector<br>PO Box 172920<br>Tampa, FL 33672-0920 | Florida Golf Magazine<br>1487 Thornhill Circle<br>Oviego, FL 32765 |

| | | |
|---|---|---|
| Focus Magazine<br>101 East J. Arden Mays Blvd<br>Plant City, FL 33563 | Korey Law, LLC<br>attn: Nicole Ciovacco, Esq.<br>8201 Peters Road #1000<br>Fort Lauderdale, FL 33324 | PNC Equipment Finance<br>995 Dalton Ave.<br>Locator 25-C155V<br>Cincinnatti, OH 45203 |
| Frank Kimbro<br>2215 Preservation Dr.<br>Plant City, FL 33567 | Ladco Leasing<br>7300 Chapman Hwy<br>Knoxville, TN 37920 | R&R Products<br>3334 East Milber Street<br>Tucson, AZ 85714 |
| Gerald Bartareau<br>2891 Hammock Dr.<br>Plant City, FL 33567 | Larry W. Williams<br>2853 Kingsmill Ave.<br>Lithia, FL 33547 | R. Smith International, LLC<br>d/b/a R-Source<br>601 Broken Sound Pkwy N.W.<br>Suite 620<br>Boca Raton, FL 33467 |
| Gerard Meyer<br>107 Capri Court N.<br>Plant City, FL 33566 | Larry Williams<br>2001 Clubhouse Drive<br>Plant City, FL 33566 | Reliance Bank<br>10401 Clayton Road<br>Frontenac, MO 63131-2909 |
| Gilbert Singer, Esq.<br>Kass Shuler, et al<br>PO Box 800<br>Tampa, FL 33601 | Leverett Stone<br>3222 Alcott Ave.<br>Plant City, FL 33567 | Robert F. Higgins, Esq.<br>PO Box 2809<br>Orlando, FL 32802 |
| Golf Argonomics Supply<br>2165 17th Street<br>Sarasota, FL 34234 | Louis Artalona<br>205 Granada Court N.<br>Plant City, FL 33566 | Ryan D. Gesten, Esq.<br>6974 Griffin Rd.<br>Davie, FL 33314 |
| Idearc Media Corp.<br>PO Box 619810<br>Dallas, TX 75261-9810 | Lowes<br>PO Box 530970<br>Atlanta, GA 30353 | Southeast Partners<br>17252 Alico Center Rd.<br>Suite 2<br>Fort Myers, FL 33967 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Media General<br>PO Box 85000<br>Richmond, VA 23285-5000 | Staples<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Internal Revenue Service<br>3848 W. Columbus Drive<br>Stop 5222<br>Tampa, FL 33607 | Personnel Staffing Group,LLC<br>d/b/a Barnett Management<br>PO Box 60839<br>Charlotte, NC 28260-0839 | Stephen J. Mercer<br>2001 Clubhouse Drive<br>Plant City, FL 33566 |

Streamline Enviromental
1621 Sahlman Drive
Suite B
Tampa, FL 33605

Suncoast Jani-Pro
PO Box 1597
Lutz, FL 33548

Suntrust
PO Box 791250
Baltimore, MD 21279-1250

Tavia Cowell
PO Box 537
Dover, FL 33527

TECO
PO Box 31318
Tampa, FL 33631-3318

Timothy M. Bussell
5324 Glenmore Dr.
Lakeland, FL 33813

Trinkle,Redman,Swanson
  Coton and Davis
121 North Collins St.
Plant City, FL 33563

Upstart Products
PO Box 5777
Titusville, FL 32783-5777

US Small Business Administra
409 3rd St SW
Washington, DC 20416

US Small Business Administra
100 S. Biscayne Blvd. 7th FL
Miami, FL 33131

Western Finance & Lease Inc.
PO Box 640
Devils Lake, ND 58301

ZIon's First National Bank
One South Main Street
Suite 1400
Salt Lake City, UT 84133