UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

VISIONS GOLF, LLC,            Case No. 8:11-bk-08840-KRM
d/b/a WALDEN LAKE GOLF AND      Chapter 11
COUNTRY CLUB,

    Debtor.
_____/

**MOTION TO TREAT THE FINAL EVIDENTIARY HEARINGS SCHEDLED FOR JULY 19, 2011 AS A STATUS CONFERENCE AND MOTION TO CONTINUE ALL MATTERS SCHEDULED FOR HEARING ON JULY 19, 2011 AT 1:30PM**
**(Consent to Relief by Zions First National Bank)**

VISIONS GOLF, LLC ("Debtor"), by and through its undersigned counsel, hereby files this Motion to Treat the July 19, 2011 Hearings as a Status Conference and Motion to Continue all Matters Scheduled for Hearing on July 19, 2011 at 1:30PM ("Motion") and in support of the Motion says:

1. The Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code on May 9, 2011. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and is managing its assets. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C., Sections 1334 and 157. This is a core matter.

2. An Official Committee of Unsecured Creditors has not been appointed as of the filing of this Motion.

3. The Debtor is a private golf course and country club featuring two eighteen hole golf courses, six tennis courts, a swimming pool, a fitness facility, a retail pro shop and a clubhouse in Plant City, Florida. Pursuant to 11 U.S.C., Sections 1107 and 1108, the Debtor is

operating its business as Debtors-in-Possession.

## Basis for Motion

4. The Court has scheduled the following matters for a final evidentiary hearing on July 19, 2011 at 1:30PM:

   a. Emergency Motion to Use Cash Collateral, Including Authority to Pay Non-Insider Wages (Doc. No. 4);

   b. Motion for Relief from Stay and/or Adequate Protection filed by Zions First National Bank (Doc. No. 24) and the Debtor's Response to same (Doc. No. 41); and

   c. Motion to Value Pursuant to 11 U.S.C. Section 506, Determine Secured Status of Zions First National Bank, Reliance Bank, the United States Business Administration and all Other Junior Lien Holders and to Strip Liens (Doc. No. 40).

5. The Debtor and Zions First National Bank ("Zions") are presently negotiating terms that will fully resolve the above described matters. The parties are very close to finalizing the terms of a compromise, but require additional time to finalize their agreement.

6. The Debtor requests that the final evidentiary hearings scheduled for July 19, 2011 be treated as a Status Conference hearing so that the parties may inform the Court of the progress made so far by way of a settlement.

7. The Debtor also requests that the final evidentiary hearings scheduled for July 19, 2011 at 1:30PM be continued for ten (10) to fourteen (14) days or whatever other time the Court selects. The parties believe that they need a short continuance in order to consummate the terms of their agreement.

8. The undersigned has conferred with counsel for Zions who has agreed to the filing of this Motion and the relief requested herein.

WHEREFORE the Debtor respectfully requests that the Court enter an Order granting

this Motion, treating the final evidentiary hearings scheduled for July 19, 2011 at 1:30PM as a Status Conference, continuing all matters scheduled for hearing on July 19, 2011 at 1:30PM and for such other and further relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by electronic mail and/or U.S. Mail to the **Office of the U.S. States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; **Jason Johnson and Robert F. Higgins**, counsel for Zions First National Bank, PO Box 2809, Orlando, FL 32802; **Reliance Bank**, **c/o Registered Agent ,** 10401 Clayton Rd., Frontenac, MO 63131; **United States Small Business Administration**, attn: District Counsel, 100 S. Biscayne Blvd., 7th Floor, Miami, FL 33131; **Office of the US Attorney**, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602; **Visions Golf, LLC**, Attention: Steve Mercer, 2001 Clubhouse Dr., Plant City, FL 33566; and by Certified Mail, Return Receipt to **Reliance Bank, attn: Allan D. Ivie, IV, CEO**, 10401 Clayton Rd., Frontenac, MO 63131; and **Office of the US Attorney General**, U.S. Dept. of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 on this 18th day of July, 2011.

                                        MORSE & GOMEZ, P.A.

                                        /s/ Alberto F. Gomez Jr.
ALBERTO F. GOMEZ JR.
Florida Bar No. 784486
119 South Dakota Avenue
Tampa, Florida 33606
Telephone: (813) 301-1000
Facsimile: (813) 301-1001
E-mail: agomez@morsegomez.com
Attorney for Debtor